Timothy S. DeJong, OSB No. 940662
**Stoll Stoll Berne Lokting**
**& Shlachter P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Tel: (503) 227-1600
Fax: (503) 227-6840
tdejong@stollberne.com

Gary M. Klinger*
**Milberg Coleman Bryson Phillips**
**Grossman, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Glen L. Abramson*
Alexandra M. Honeycutt
**Milberg Coleman Bryson Phillips**
**Grossman, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (866) 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

Bryan L. Bleichner*
Philip J. Krzeski*
**Chestnut Cambronne PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Terence R. Coates*
Dylan J. Gould*
**Markovits, Stock & DeMarco, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Joseph M. Lyon*
**The Lyon Firm**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON – PORTLAND DIVISION**

| | |
|---|---|
| K.L., an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEGACY HEALTH, an Oregon nonprofit healthcare provider,<br><br>Defendant. | CASE NO. 3:23-cv-01886-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff K.L. and Defendant Legacy Health voluntarily stipulate to dismissal of this action in its entirety, without prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

DATED: July 30, 2025.

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**

By: */s/Timothy S. DeJong*
    Timothy S. DeJong, OSB No. 940662

209 SW Oak Street, Suite 500
Portland, OR 97204
Tel: (503) 227-1600
Fax: (503) 227-6840
tdejong@stollberne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Glen L. Abramson*
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (866) 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

DATED: July 30, 2025.

**BAKER & HOSTETLER LLP**

By: */s/* Alexander Vitruk
    Curt Roy Hineline, OSB No. 913153
    Alexander Vitruk, *pro hac vice*

999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
(206) 332-1101
chineline@bakerlaw.com
avitruk@bakerlaw.com

Teresa C. Chow, *pro hac vice*
Dyanne J. Cho, *pro hac vice*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
(310) 820-8800
tchow@bakerlaw.com
dcho@bakerlaw.com

Paul G. Karlsgodt, *pro hac vice*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
(303) 861-0600
pkarlsgodt@bakerlaw.com

*Attorneys for Defendant Legacy Health*

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 2
CASE NO.: 3:23-CV-01886-SI
4935-3476-1264.2

Terence R. Coates*
Dylan J. Gould*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Joseph M. Lyon*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiff K.L., an individual; on behalf of herself and all others similarly situated*

*\*admitted pro hac vice*